UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 FEB -8 PM 3:09
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER THORNTON,<br><br>Defendant. | CASE NO. 2:22-CR-21<br><br>JUDGE Sargus<br><br>INFORMATION<br><br>18 U.S.C. § 371<br>18 U.S.C. § 1343 |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>
(Conspiracy to Commit Wire Fraud)

On or about January 16, 2020, through and including February 1, 2020, in the Southern District of Ohio and elsewhere, the defendant, **CHRISTOPHER THORNTON,** and others, did knowingly and unlawfully combine, conspire, confederate, and agree together to commit fraud by wire, in violation of Title 18, United States Code, Section 1343.

In violation of 18 U.S.C. §§ 371, 1343.

KENNETH L. PARKER
UNITED STATES ATTORNEY

*Timothy D. Prichard*

**TIMOTHY D. PRICHARD (0059455)**
**Assistant United States Attorney**